■ In the Matter of the Estate of LEWIS C. HALL, Deceased. —Order unanimously affirmed with costs on the memorandum at Chautauqua County Surrogate's Court, Cass., S. (Appeal from order of Chautauqua County Surrogate's Court, Cass, S. —summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ GOLDOME REALTY CREDIT CORP., Appellant, v DONALD F. STEFANSKI et al., Respondents.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Special Term, Fallon, J. (Appeal from order of Supreme Court, Erie County, Fallon, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ ANTHONY J. THOMAS, Appellant, v TOWN OF GREECE ZONING BOARD OF APPEALS, Respondent.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Mastrella, J. (Appeal from judgment of Supreme Court, Monroe County, Mastrella, J.— art 78.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.